UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | Case No. 4:08CV1470 JCH |
| J.M. HOLLISTER, LLC, et al., | ) ) | |
| Defendant(s). | ) ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Extend Expert Deposition Deadline and Daubert Motion Deadline, filed June 12, 2009. (Doc. No. 18). Upon consideration, the Court will grant the motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Expert Deposition Deadline and Daubert Motion Deadline (Doc. No. 18) is **GRANTED** in part, and Plaintiff is granted until **July 7, 2009**, within which to complete the depositions of Defendants' experts.

**IT IS FURTHER ORDERED** that any motion to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc. or Kuhmo Tire Co. Ltd v. Carmichael, shall be filed no later than **August 3, 2009**. Any response shall be filed no later than **September 1, 2009**, and any reply shall be filed no later than **September 15, 2009**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend the Case Management Order to allow Plaintiff time to identify a rebuttal expert is **DENIED**.

Dated this 15th day of June, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE