# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff,

v.                                                        CASE NUMBER:     4:08-cv-1470 JCH

J. M. HOLLISTER, LLC and
ABERCROMBIE & FITCH STORES, INC.

    Defendants.

☒     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on the religious discrimination claim of Plaintiff made on behalf of Lakettra Bennett, the jury finds in favor of the Defendants.

James G. Woodward
CLERK

DATE: December 4, 2009

By: _(signature)_
DEPUTY CLERK